T. H. Benton Crane, as Receiver, Appellant, *v.* Elizabeth N. Shuler et al., Respondents.

*Crane* v. *Shuler*, 91 Hun, 635, affirmed.
(Argued April 30, 1897; decided May 14, 1897.)

Appeal from a judgment of the General Term of the Supreme Court in the third judicial department, entered December 18, 1895, which affirmed a judgment in favor of defendants entered upon a decision of the court dismissing the complaint on trial at Special Term.

*Z. S. Westbrook* for appellant.

*Albert C. Tennant* for respondents.

Judgment affirmed on opinion below, with costs.
All concur.

---

Charles Mulford et al., Respondents, *v.* David N. Gibbs, Appellant.

*Mulford* v. *Gibbs*, 13 App. Div. 624, affirmed.
(Argued May 3, 1897 ; decided May 14, 1897.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 20, 1897, which reversed an order of Special Term denying a motion to punish the appellant for contempt.

*Charles J. Hardy* for appellant.

*Robert Godson* for respondents.

Order affirmed, with costs; no opinion.
All concur.